IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRIAN FULLER,                    )
                                 )
            Petitioner,          )
                                 )
      v.                         )        1:25-cv-1052
                                 )
STATE OF NORTH CAROLINA,         )
                                 )
            Respondent.          )

**ORDER**

On December 2, 2025, the United States Magistrate Judge's
Recommendation and Order ("Recommendation") was filed and notice
was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 5,
6.) No objections were filed within the time limits prescribed
by Section 636.

Therefore, the court need not make a <u>de</u> <u>novo</u> review and the
Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's
Recommendation, (Doc. 5), is **ADOPTED. IT IS FURTHER ORDERED** that
this the Petition, (Doc. 1), is **DISMISSED** for failure to apply
to the United States Court of Appeals for the Fourth Circuit for
an order authorizing this district court to consider the current
Petition as is required by 28 U.S.C. § 2244.

The court further finds there is no substantial showing of
the denial of a constitutional right affecting the conviction

nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 19th day of March, 2026.

_____
United States District Judge

- 2 -